# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:  USA V. __TONY OVERSTREET__

        CASE NO. __CV502-100__

TO:  CHIEF JUDGE, ELEVENTH CIRCUIT, U.S. COURT OF APPEALS
C/O CIRCUIT EXECUTIVE

MEMORANDUM FOR CERTIFICATION OF CJA VOUCHER OF APPOINTED
ATTORNEY __JOHN D. ROGERS, JR.__
FOR EXCESS PAYMENT UNDER 18 U.S.C. 3006A(d)(3).

I forward herewith the CJA voucher in the above-captioned case. The amount claimed by
counsel is beyond the statutory limits and should be __XX__ paid as requested or _____
reduced for the following reasons.

_____

_____

_____

The following additional information should be considered in determining appropriate
compensation in this case

_____

_____

_____
(Use additional sheet if needed)

This case was _____ extended. __XX__ complex _____ extended and complex (ref.
Guide to Judiciary Policies and Procedures, Vol. VII, para. 2.22 B).

Further, the 10% reduction provisions of Gram/Rudman/Hollings_____ do _____ do not apply.

Accordingly, I recommend payment of the voucher in the amount of $ __6556.28__          .


_____
UNITED STATES DISTRICT JUDGE